**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL BROOKS, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:26-cv-02621-SHL-atc |
| BARNHART CRANE AND RIGGING CO. and BARNHART CRANE AND RIGGING, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER TRANSFERRING CASE**

Before the Court is Plaintiff Michael Brooks' Unopposed Motion to Consolidate Related Actions and Appoint Interim Lead Counsel, filed June 30, 2026. (ECF No. 10.) The Motion is joined by the Plaintiffs of four other related actions; the Motion explains that this case is one of five matters currently pending before the court. (ECF No. 11 at PageID 91–92.) Because these actions "concern the same alleged wrongdoing, same harm, proposed nationwide class, and each raise common legal inquiries," counsel for the five Plaintiffs "have agreed to request consolidation and for the appointment of Grayson Wells as Interim Lead Counsel." (Id. at PageID 92–93.)

Two of these cases are before the undersigned, while U.S. District Judge Brian C. Lea presides over another two, including the earliest filed among them, Watkins v. Barnhart Crane and Rigging Co., No. 26-cv-02602. Accordingly, in the interest of judicial efficiency, the Court requests that this case be reassigned to Judge Lea. The Court therefore **DIRECTS** the Clerk to reassign this case.

**IT IS SO ORDERED,** this 2nd day of July, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE